**MEDICAL SUPPLY CENTER**
213 SOUTH ROBERTSON BLVD
BEVERLY HILLS, CA 90211

OLGA DMITRIEVA
5150 YARMOUTH #113
ENCINO, CA 91316

| Employee Pay Stub | Check number: | | | | Pay Period: 03/02/2013 - 03/15/2013 | Pay Date: 03/15/2013 |
|---|---|---|---|---|---|---|
| **Employee** | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| OLGA DMITRIEVA, 5150 YARMOUTH #113, ENCINO, CA 91316 | | | | ***-**-9892 | Single/Single | Fed-4/0/CA-4/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| SALARY | | | 770.00 | 4,620.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -10.00 | -60.00 |
| Social Security Employee | | | -47.74 | -286.44 |
| Medicare Employee | | | -11.16 | -66.99 |
| CA - Withholding | | | -4.25 | -25.47 |
| CA - Disability Employee | | | -7.70 | -46.20 |
| | | | -80.85 | -485.10 |

| Net Pay | | | 689.15 | 4,134.90 |
|---|---|---|---|---|

MEDICAL SUPPLY CENTER, 213 SOUTH ROBERTSON BLVD, BEVERLY HILLS, CA 90211

MEDICAL SUPPLY CENTER
213 SOUTH ROBERTSON BLVD
BEVERLY HILLS, CA 90211

OLGA DMITRIEVA
5150 YARMOUTH #113
ENCINO, CA 91316

| Employee Pay Stub | Check number: | | | Pay Period: 02/16/2013 - 03/01/2013 | Pay Date: 03/01/2013 |
|---|---|---|---|---|---|
| **Employee** | | | | SSN | |
| OLGA DMITRIEVA, 5150 YARMOUTH #113, ENCINO, CA 91316 | | | | ***-**-**** | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| SALARY | | | 770.00 | 3,850.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -10.00 | -50.00 |
| Social Security Employee | | | -47.74 | -238.70 |
| Medicare Employee | | | -11.17 | -55.83 |
| CA - Withholding | | | -4.24 | -21.22 |
| CA - Disability Employee | | | -7.70 | -38.50 |
| | | | -80.85 | -404.25 |

| Net Pay | | | 689.15 | 3,445.75 |
|---|---|---|---|---|

MEDICAL SUPPLY CENTER
213 SOUTH ROBERTSON BLVD
BEVERLY HILLS, CA 90211


OLGA DMITRIEVA
5150 YARMOUTH #113
ENCINO, CA 91316

*2/26/13   3287*

---

| Employee Pay Stub | Check number: | | Pay Period: 02/12/2013 - 02/26/2013 | Pay Date: 02/26/2013 |
|---|---|---|---|---|
| Employee | | | SSN   Status (Fed/State) | Allowances/Extra |
| OLGA DMITRIEVA, 5150 YARMOUTH #113, ENCINO, CA 91316 | | | ***-**-**** Single/Single | Fed-4/0/CA-4/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| SALARY | | | 770.00 | 3,080.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -10.00 | -40.00 |
| Social Security Employee | -47.74 | -190.96 |
| Medicare Employee | -11.16 | -44.66 |
| CA - Withholding | -4.25 | -16.98 |
| CA - Disability Employee | -7.70 | -30.80 |
| | -80.85 | -323.40 |

| Net Pay | 689.15 | 2,756.60 |
|---|---|---|

MEDICAL SUPPLY CENTER, 213 SOUTH ROBERTSON BLVD, BEVERLY HILLS, CA 90211

MEDICAL SUPPLY CENTER
213 SOUTH ROBERTSON BLVD
BEVERLY HILLS, CA 90211

OLGA DMITRIEVA
5150 YARMOUTH #113
ENCINO, CA 91316

*Check 3254*
*02/06/13*

| Employee Pay Stub | | Check number: | | | Pay Period: 01/31/2013 - 02/01/2013 | Pay Date: 02/06/2013 |
|---|---|---|---|---|---|---|
| Employee | | | | | SSN | |
| OLGA DMITRIEVA, 5150 YARMOUTH #113, ENCINO, CA 91316 | | | | | ***-**-**** | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| SALARY | | | 770.00 | 2,310.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -10.00 | -30.00 |
| Social Security Employee | -47.74 | -143.22 |
| Medicare Employee | -11.17 | -33.50 |
| CA - Withholding | -4.24 | -12.73 |
| CA - Disability Employee | -7.70 | -23.10 |
| | -80.85 | -242.55 |

| Net Pay | 689.15 | 2,067.45 |
|---|---|---|