IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter: 7 |
| OLGA DMITRIEVA | : | |
| | : | |
| | : | |
| | : | BANKRUPTCY NO:    SV-13-12847-VK |

### Notice of Change of Address

Pursuant to Federal Rule of Bankruptcy Procedure 2002(g)(1), creditor Toyota Motor Credit Corporation, by and through its agent, Becket & Lee LLP, hereby requests notices in this matter required to be mailed under Rule 2002, be addressed as follows:

> Toyota Motor Credit Corporation
> **c/o Becket and Lee LLP**
> **POB 3001**
> **Malvern  PA 19355 0701**

Dated:   05/07/2013

By: /s/ GILBERT B. WEISMAN
_____

Gilbert B Weisman, Esquire, PA59872
Becket & Lee LLP, Attorneys/Agent for Creditor
POB 3001
Malvern PA 19355-0701
PHONE:    (610) 644-7800
FAX:          (610) 993-8493
EMAIL:    notices@becket-lee.com

Pet:  04/25/2013

TMC